# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| BRIAN EARL MCCLENDON, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO.: |
| | : 7:22-CV-99-WLS-TQL |
| JACOB BEASLEY, *et al.*, | : |
| Defendants. | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Brian Earl McClendon and Defendants stipulate that the above-styled action be dismissed with prejudice. The parties shall bear their own costs.

Respectfully submitted,

*[signature]*
Brian Earl McClendon
Plaintiff *pro se*

Christopher M. Carr          112505
Attorney General
Loretta L. Pinkston-Pope     580385
Deputy Attorney General
Roger A. Chalmers            118720
Senior Assistant Attorney General

*/s/ Jason S. Knowles*
Jason S. Knowles             574115
Assistant Attorney General
State Law Department
40 Capitol Square, SW
Atlanta, Georgia 30334
Telephone: (404) 458-3387
Facsimile: (404) 651-5304
E-mail: jknowles@law.ga.gov
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

SO ORDERED this 26th day of June, 2023.

*[signature]*
W. Louis Sands, Sr. Judge
United States District Court

- 1 -

I hereby certify that on this date I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record: None.

I further certify that I have served by U.S. mail, first class postage prepaid, the following non-CM/ECF participants:

Brian Earl McClendon
GDC No. 891588
Hancock State Prison
P.O. Box 339
Sparta, Georgia 31087

This 23rd day of June, 2023.

/s/ *Jason S. Knowles*
Jason S. Knowles                574115
Assistant Attorney General

PLEASE ADDRESS ALL
COMMUNICATIONS TO
Jason S. Knowles
State Law Department
40 Capitol Square, SW
Atlanta, Georgia 30334
Telephone: (404) 458-3387
Facsimile: (404) 651-5304
E-mail: jknowles@law.ga.gov